**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Tyde PASTURE, Respondent.**

Supreme Court of Pennsylvania.

Sept. 27, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of September, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Following remand of this matter for reconsideration by the Superior Court in light of *Commonwealth v. Perry,* 612 Pa. 557, 32 A.3d 232 (2011), did the Superior Court, in purporting to distinguish *Perry,* disregard, for a second time, this Court's directives in *Perry* and *Commonwealth v. Walls,* 592 Pa. 557, 926 A.2d 957 (2007)?